Stuart N. Ratzan (Admitted Hac Vice)
Kimberly L. Boldt (Admitted Hac Vice)
**Ratzan Weissman & Boldt**
2850 Tigertail Ave., Suite 400
Miami, FL 33133
Phone: 305-374-6366
Fax: 305-374-6755
Email: stuart@rwblawyers.com; eservice.legal@rwblawyers.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation<br><br>THIS DOCUMENT RELATES TO:<br><br>Jacqueline Marsing ,<br><br>Plaintiff(s),<br><br>v.<br><br>Becton Dickinson and Company, et al.,<br><br>Defendants. | MDL No. 3081<br><br>**MASTER SHORT-FORM COMPLAINT AND JURY TRIAL DEMAND** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate(s) by reference the Master Long-Form Complaint in MDL 3081 (Dkt. 119). Pursuant to Case Management Order No. 7, this Short-Form Complaint adopts the allegations, claims, and relief as set forth in the Master Long-Form Complaint. As set forth below, Plaintiff(s) may include (a) additional claims and allegations against Defendants, as set forth in Paragraph 15 or an additional sheet attached hereto; and/or (b) additional claims and allegations against other Defendants, as set forth in Paragraph 5 or an additional sheet attached hereto. Plaintiff(s) further allege(s) as follows:

**I.   PLAINTIFF(S)**

1. Name of Plaintiff/Decedent implanted with Bard Implanted Port Catheter Product ("Device") (first, middle, and last name):
   Jacqueline Marsing

2. Name of Plaintiff/Decedent's spouse (if bringing a loss-of-consortium claim):
   _____

3. Other Plaintiff and capacity (*i.e.*, administrator, executor, guardian, conservator, representative, survivor, etc.), if any:
   _____

## II. DEFENDANT(S)

4. Plaintiff(s) name(s) the following Defendant(s) in this action:
   - ☒ Becton, Dickinson and Company
   - ☒ C.R. Bard, Inc.
   - ☒ Bard Access Systems, Inc.
   - ☒ Bard Peripheral Vascular, Inc.

5. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties and their citizenship are as follows:
   _____
   _____
   _____

## III. JURISDICTION AND VENUE

6. City and State of domicile of each Plaintiff at time of filing Plaintiff(s)' initial Complaint:
   Riverton, UT

7. City and State of residence of Plaintiff/Decedent at the time of Device placement:
   Riverton, UT

8. City and State of residence of Plaintiff/Decedent at the time of alleged injury for which a claim is asserted:
   Riverton, UT

9. Basis for jurisdiction:

   ☒ Diversity of citizenship (28 U.S.C. § 1332(a))

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____
   _____

10. Designated forum (United States District Court and Division, if applicable) in which Plaintiff asserts personal jurisdiction and venue would be proper absent direct filing in this MDL:
    United States District Court for the District of Utah

## IV. PRODUCT USE AND INJURY

11. Plaintiff/Decedent was implanted with the following Device(s) and alleges that the Device(s) caused their injuries[1]:

    ☐ BardPort M.R.I. Implantable Port
    ☐ BardPort M.R.I. Low-Profile Implantable Port
    ☐ BardPort Titanium Dome Implantable Port
    ☐ BardPort Titanium Implantable Port
    ☐ M.R.I. Plastic Dual Lumen Port
    ☐ M.R.I. Ultra SlimPort Implantable Port
    ☐ Peritoneal Titanium Port
    ☐ PowerFlow Implantable Apheresis IV Port
    ☐ PowerPort ClearVUE isp Implantable Port
    ☐ PowerPort ClearVUE Slim Implantable Port
    ☐ PowerPort duo M.R.I. Implantable Port
    ☐ PowerPort Implantable Port

---

[1] Check all that apply. See Exhibit A for additional information regarding the corresponding model numbers/product codes for these Devices.

| | |
|---|---|
| 1 | ☒ PowerPort isp Implantable Port |
| 2 | ☐ PowerPort isp M.R.I. Implantable Port |
| 3 | ☐ PowerPort M.R.I. Implantable Port |
| 4 | ☐ PowerPort Slim Implantable Port |
| 5 | ☐ PowerPort VUE M.R.I. Implantable Port |
| 6 | ☐ PowerPort VUE Titanium Implantable Port |
| 7 | ☐ SlimPort Dual-Lumen Rosenblatt Implantable Port |
| 8 | ☐ Titanium Low-Profile Port |
| 9 | ☐ Titanium SlimPort Implantable Port |
| 10 | ☐ Vaccess CT Low-Profile Titanium Power-Injectable Port |
| 11 | ☐ Vaccess CT Power-Injectable Implantable Port |
| 12 | ☐ X-Port isp M.R.I. Implantable Port |
| 13 | ☐ X-Port Low-Profile Titanium Port |
| 14 | ☐ Other: _____ |

12. Date(s) of implantation as to the foregoing Device(s):
    12/09/2021
    _____
    _____

13. Model number(s)/product code(s), if available, for the foregoing Device(s):
    REFV0261
    _____
    _____

14. Complication(s) alleged to have occurred from use of the foregoing Device(s):
    ☐ Catheter fracture
    ☒ Infection
    ☐ Thrombosis
    ☐ Other: _____

4

## V. CAUSES OF ACTION

15. Plaintiff(s) adopt(s) in this Short-Form Complaint the following claims and allegations asserted in the Master Long-Form Complaint:

- ☒ Count I: Design Defect – Strict Liability
- ☒ Count II: Design Defect – Negligence
- ☒ Count III: Failure to Warn/Instruct – Strict Liability
- ☒ Count IV: Failure to Warn/Instruct – Negligence
- ☒ Count V: Manufacturing Defect – Strict Liability
- ☒ Count VI: Manufacturing Defect – Negligence
- ☒ Count VII: Breach of Express Warranty
- ☒ Count VIII: Breach of Implied Warranty
- ☒ Count IX: Negligent Misrepresentation
- ☒ Count X: Fraudulent Misrepresentation
- ☒ Count XI: Fraudulent Concealment
- ☒ Count XII: Consumer Fraud and/or Unfair and Deceptive Trade Practices
- ☒ Count XIII: Unjust Enrichment
- ☐ Count XIV: Loss of Consortium
- ☐ Count XV: Wrongful Death
- ☐ Count XVI: Survival
- ☒ Count XVII: Successor Liability
- ☒ Timeliness and Tolling of Statutes of Limitation and Repose
- ☒ Punitive Damages
- ☐ Count XVIII: Other _____

If additional claim(s) against Defendant(s) are alleged in Count XVIII above, the facts supporting such claim(s) must be pleaded. Plaintiff(s) assert(s) the following factual allegations:

_____

_____

_____

_____

_____

_____

16. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long-Form Complaint and Jury Demand and any additional relief to which Plaintiff(s) may be entitled.

Dated: 01/12/2024

Respectfully submitted,

/s/ Kimberly L. Boldt

Kimberly L. Boldt (Admitted Hac Vice)
Stuart N. Ratzan (Admitted Hac Vice)
**Ratzan Weissman & Boldt**
2850 Tigertail Ave., Suite 400
Miami, FL 33133
Phone: 305-374-6366
Fax: 305-374-6755
Email: stuart@rwblawyers.com; eservice.legal@rwblaw
eservice.legal@rwblawyers.com

6

**EXHIBIT A**

| Brand Name | Model Number/Product Code |
|---|---|
| BardPort M.R.I. Implantable Port | 0602610, 0602620, 0602640, 0602650, 0602660, 0602670, 0602680, 0602690, 0602830, 0602833, 0602840, 0602843, 0605400, 0605420, 0607173 |
| BardPort M.R.I. Low-Profile Implantable Port | 0603830, 0603840, 0603870, 0603880, 6603880 |
| BardPort Titanium Dome Implantable Port | 0602850, 0602860, 0602870 |
| BardPort Titanium Implantable Port | 0602230, 0602240, 0602270, 0602290, 0603000, 0602820, 0605300, 0605320, 0607301, 0607302, 0602210, 0602260, 0602280, 0602810 |
| M.R.I. Plastic Dual Lumen Port | 0603500, 0605920, 0605930, 0607100, 0607200, 0615460 |
| M.R.I. Ultra SlimPort Implantable Port | 0605640, 0655640 |
| Peritoneal Titanium Port | 0603000, 0603006 |
| PowerFlow Implantable Apheresis IV Port | A710962 |
| PowerPort ClearVUE isp Implantable Port | 1606052, 1606062, 1606362, 1606382, 1608052, 1608062, 1608362, 1608382, 1666362, 1668362, 1676300, 5606362, 5608062, 5608362, 5666362, 5668362, CP00004 |

| | |
|---|---|
| PowerPort ClearVUE Slim Implantable Port | 1616000, 1616001, 1616070, 1616071, 1616300, 1616380, 1618000, 1618001, 1618070, 1618300, 1618380, 1676301, 1678300, 1678301, 5616000, 5616300, 5618000, 5618300, 5676300, 5676301, 5678300, 5678301, CP00005 |
| PowerPort duo M.R.I. Implantable Port | 1829500, 1829570, 5829500, 5829502 |
| PowerPort Implantable Port | 1708000, 1708001, 1708070, 1708071, 1709600, 1709601, 1759600, 1759601, 1778000, 1778001, 1778070, 1778071 |
| PowerPort isp Implantable Port | 1706050, 1706051, 1706060, 1706061, 1708050, 1708051, 1708060, 1708061, 1708160, 1708550, 1708551, 1708560, 1708561, 4708060, 4708061, 4708560, 4708561, CP00001, CP00002, CP00003, CP00009 |
| PowerPort isp M.R.I. Implantable Port | 1806050, 1806051, 1806060, 1806061, 1808050, 1808051, 1808060, 1808061, 1808069, 1808360, 1808550, 1808551, 1808560, 1808561, 1809660, 1809661, 1859660, 1859661, 4808060, 4808061, 4808560, 4808561, 9808560 |
| PowerPort M.R.I. Implantable Port | 1808000, 1808001, 1808002, 1808070, 1808071, 1808300, 1809600, 1809601, 1809670, 1859600, 1859601, 1878000, 1878001, 1878070, 1878071 |

| | |
|---|---|
| PowerPort Slim Implantable Port | 1716000, 1716001, 1716070, 1716071, 1716080, 1718000, 1718001, 1718070, 1718500, 1718501, 1718570, 1718571, CP00008 |
| PowerPort VUE M.R.I. Implantable Port | 1806052, 1806062, 1808052, 1808062 |
| PowerPort VUE Titanium Implantable Port | 1706052, 1706062, 1708052, 1708062 |
| SlimPort Dual-Lumen Rosenblatt Implantable Port | 0604970, 0624970, 0654970 |
| Titanium Low-Profile Port | 0602180, 0602190, 0605490, 0605510, 0606100, 0606150, 0606200 |
| Titanium SlimPort Implantable Port | 0605550, 0605560, 0655510 |
| Vaccess CT Low-Profile Titanium Power-Injectable Port | 7360000, 7360001, 7380000 |
| Vaccess CT Power-Injectable Implantable Port | 7460000, 7480000, 7496000 |
| X-Port isp M.R.I. Implantable Port | 0607500, 0607510, 0607520, 0607530, 0607540, 0607550, 0607555, 0657500, 0657510, 0657520, 0657525, 7707540, 7757540 |
| X-Port Low-Profile Titanium Port | 0655870, 0605840, 0605850 |